THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Antjuan Tobias Green, Appellant.
 
 
 

Appeal From Laurens County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2007-UP-319
Submitted June 1, 2007  Filed June 15, 2007   

APPEAL DISMISSED

 
 
 
 Aileen P. Clare,
 Assistant Appellate Defender, South Carolina Commission on Indigent Defense, of
 Columbia, for Appellant.
 Deputy
 Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., and
 Legal Counsel J. Benjamin Aplin, all of South Carolina Department of Probation,
 Parole, and Pardon Services, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Antjuan Green appeals his probation revocation,
 claiming the circuit court abused its discretion in revoking his probation as he
 did not willfully violate the terms of his probation.  Greens counsel contends
 the circuit courts order should be reversed and Greens sentence should be
 vacated because the revocation was not based upon an evidentiary showing of
 fact tending to establish a violation of his probation agreement.  See State v. Hamilton, 333 S.C. 642, 648, 511 S.E.2d 94, 97 (Ct. App. 1999).  
After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Greens appeal and grant counsels motion to be
 relieved.    
APPEAL DISMISSED. [1]
STILWELL,
 SHORT, and WILLIAMS, JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.